■ AZELEE MONTGOMERY et al., Respondents, v MOHAWK COACH LINES et al., Appellants. — Judgment, Supreme Court, New York County (A. Klein, J.), entered on November 25, 1981, unanimously modified, on the law and the facts, to the extent of reversing the judgment in favor of plaintiff James Montgomery and a new trial ordered on the issue of damages only awarded to said plaintiff, without costs and without disbursements, and said judgment is otherwise affirmed, unless plaintiff James Montgomery, within 20 days after service upon him of a copy of the order herein, with notice of entry, serves and files a written stipulation consenting to reduce the verdict in his favor to $100,000 and to the entry of an amended judgment in accordance therewith. If plaintiff James Montgomery so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Asch, JJ.

■ In the Matter of GERARD A. MCCAMBRIDGE, Appellant, v ROBERT J. MCGUIRE, as Police Commissioner of the New York City Police Department and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. — Judgment, Supreme Court, New York County (H. Schwartz, J.), entered on July 15, 1981, unanimously affirmed, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Sullivan and Ross, JJ.

Asch, J., concurs on constraint of *Matter of Knight v McGuire* (94 AD2d 623). No opinion.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE DAVIS, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on October 23, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 286 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Asch, JJ.

■ In the Matter of STEPHEN F. SPINELLI, Appellant, v ROBERT J. MCGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Ascione, J.), entered on April 21, 1982, unanimously affirmed, for the reasons stated by Ascione, J., without costs and without disbursements. Concur — Kupferman, J. P., Carro, Silverman, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN BUTLER, Appellant. — Judgment, Supreme Court, New York County (George Roberts, J.), rendered on June 18, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that here are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Bloom, Fein and Alexander, JJ., concur.